

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00552-CR

Nathan Alexander **CUBILLOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CR-006282
Honorable Christine Del Prado, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 26, 2025.

_____
Lori Massey Brissette, Justice